IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JEREME LEE ESCOBEDO, | |
| Petitioner, | |
| v. | 2:21-CV-070-Z-BR |
| DIRECTOR, TDCJ-CID, | |
| Defendant. | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the Petition for a Writ of Habeas Corpus filed by the petitioner in this case. ECF No. 18. Objections to the findings, conclusions, and recommendation have been filed. ECF No. 21. After making an independent review of the pleadings, files, records, and objections in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, and the Petition for a Writ of Habeas Corpus is **DISMISSED**.

**IT SO ORDERED**.

May 11, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE